JAMES BOYLE, Respondent, *v.* WILLIAM YOUMANS, Appellant.

(Argued June 3, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 11, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William Youmans* for appellant.

*E. D. Wagner* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed. _____

---

In the Matter of the Last Will and Testament of FREDERICK G. DALE, Deceased, on the Petition of ALEXANDER DE BOTTARI et al.

(Argued June 1, 1892; decided October 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 17, 1890, which affirmed a decree of the surrogate of the county of New York denying an application to vacate and set aside a decree refusing probate to a paper propounded as the last will and testament of Frederick G. Dale.

*John R. Dos Passos* for appellants.

*James Thomson* for respondents.

Agree to affirm: no opinion.

All concur.

Judgment affirmed.